UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDDIE RUCKER, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AUTOMOTIVE FINANCIAL SERVICES LLC, a New Jersey limited liability company, NATIONAL AUTO DIVISION, LLC, a New York limited liability company, METRO MARKETING, INC., a New Jersey corporation, and ARIEL FREUD, a New Jersey individual,<br><br>Defendants. | Civil Action No. 20-16377 (MAS)(TJB)<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Document Electronically Filed* |

THIS MATTER having been amicably resolved by and between Plaintiff Eddie Rucker, and Defendants National Automotive Financial Services, LLC, National Auto Division, LLC, Metro Marketing, Inc., and Ariel Freud, it is hereby stipulated and agreed that this action is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs, fees, and expenses.

| | |
|---|---|
| **LAW OFFICES OF STEFAN COLEMAN, P.A.**<br>1072 Madison Ave, Suite 1<br>Lakewood, New Jersey 08701<br>*Attorneys for Plaintiff Eddie Rucker* | **SILLS CUMMIS & GROSS P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>*Attorneys for Defendant National Automotive Financial Services, LLC, National Auto Division LLC, Metro Marketing, Inc. and Ariel Freud* |
| By: /s/ *Stefan Coleman*<br>     STEFAN COLEMAN | By: /s/ *Jeffrey J. Greenbaum*<br>     JEFFREY J. GREENBAUM |
| Dated: February 24, 2022 | Dated: February 24, 2022 |

**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
*Attorneys for Plaintiff Eddie Rucker*

By: */s/ Patrick H. Peluso*
      PATRICK H. PELUSO

Dated:  February 24, 2022

**So Ordered this 25th day of February, 2022.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**